**MEMO ENDORSED**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020

SECURITIES INVESTOR PROTECTION
CORPORATION,

                      Plaintiff-Applicant,

      v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                      Defendant.

Adv. Pro. No. 08-01789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

In re:

BERNARD L. MADOFF,

                      Debtor.

Adv. Pro. No. 10-05354 (SMB)

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

                      Plaintiff,

      v.

ABN AMRO BANK N.V. (presently known as THE
ROYAL BANK OF SCOTLAND, N.V.),

                      Defendant.

Case No. 1:20-cv-03684-VC

**NOTICE OF MOTION TO
STAY APPEAL**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings had herein, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, will move this Court at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order staying the Trustee's

appeal in the above-captioned case pending a decision by the United States Court of Appeals for the Second Circuit in two similarly-situated actions, *Picard v. Citibank*, *N.A.*, No. 20-1333 (2d Cir.), and *Picard v. Legacy Capital Ltd.*, No. 20-1334 (2d Cir.), together with such other and further relief as this Court deems just and proper.

Dated: New York, New York  
       May 28, 2020

**BAKER & HOSTETLER LLP**

By: */s/ Patrick T. Campbell*  
    David J. Sheehan  
    dsheehan@bakerlaw.com  
    Patrick T. Campbell  
    pcampbell@bakerlaw.com  
    Elizabeth G. McCurrach  
    emccurrach@bakerlaw.com  
    Camille C. Bent  
    cbent@bakerlaw.com  
    45 Rockefeller Plaza  
    New York, New York 10111  
    Telephone:  212.589.4200  
    Facsimile:  212.589.4201

    *Attorneys for Irving Picard, Trustee for*  
    *the Substantively Consolidated SIPA*  
    *Liquidation of Bernard L. Madoff*  
    *Investment Securities LLC and the Estate*  
    *of Bernard L. Madoff*

Application GRANTED.  This case is stayed, with exception to Appellee's contemplated motion to certify this appeal for direct appeal to the Second Circuit.  Appellee's motion is due not later than **June 22, 2020**.  Appellant's response is due not later than **two weeks** from service of Appellee's motion.  Appellee may reply not later than **one week** from service of Appellant's response.

The Clerk of Court is directed to close the open motion on docket entry 3.

SO ORDERED.

*/s/ Valerie Caproni*  
6/8/2020

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE