```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 In the Matter of                                           :
                                                            :
 Bernard L. Madoff.                                         :
------------------------------------------------------------X
 IRVING H. PICARD, Trustee for the Liquidation              :
 of Bernard L. Madoff Investment Securities LLC,            :
                                                            :
                             Appellant,                     :
                                                            :
                 -against-                                  :
                                                            :
 ABN AMRO BANK N.V. (presently known as                     :
 THE ROYAL BANK OF SCOTLAND, N.V.),                         :
                                                            :
                             Appellee.                      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

20-CV-3684 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 9, 2020, Appellee petitioned this Court for a certification of a direct appeal to the Second Circuit pursuant to 28 U.S.C. § 158(d)(2) (the "Petition") (Dkt. 13);

WHEREAS Appellant has opposed the Petition (Dkt. 19); and

WHEREAS the Petition is fully briefed;

IT IS HEREBY ORDERED that the Petition is GRANTED for substantially the same reasons described in Appellee's briefs (*see* Dkts. 13 and 20). This case presents issues for a direct appeal that this Court must certify pursuant to 28 U.S.C. § 158(d)(2)(B)(i). As Chief Judge McMahon noted in her recent decision to certify a related case for a direct appeal, *see* Order (Dkt. 24), *ABN Ireland*, No. 20-CV-02586 (S.D.N.Y June 11, 2020), the Second Circuit is more than capable of addressing Appellant's scheduling concerns, which are, in any event, not a valid reason to ignore the statute's mandate.

**SO ORDERED.**

Date: July 16, 2020  
      New York, New York

_____  
**VALERIE CAPRONI**  
**United States District Judge**