USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In the Matter of

Bernard L. Madoff.

---------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

                Appellant,

-against-

ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),

                Appellee.

---------------------------------------------------------------X

20-CV-3684 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the appeal of this case to the Second Circuit, which this Court certified, *see* Dkt. 22, has been voluntarily dismissed by the parties, *see* No. 20-2291, Dkt. 58; and

WHEREAS the Second Circuit thereafter denied as moot Petitioner's motion for leave to appeal, *see* No. 20-2291, Dkt. 61;

IT IS HEREBY ORDERED THAT no later than November 15, 2021, the parties must submit a joint letter detailing next steps in this case.

**SO ORDERED.**

**Date: November 4, 2021**
**New York, New York**

                _____
                **VALERIE CAPRONI**
                **United States District Judge**