UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/21

-------------------------------------------------------------- X
In the Matter of                                               :
                                                               :
Bernard L. Madoff.                                             :
-------------------------------------------------------------- X      20-CV-3684 (VEC)
IRVING H. PICARD, Trustee for the Liquidation                  :
of Bernard L. Madoff Investment Securities LLC,                :      ORDER
                                                               :
                 Appellant,                        :
                                                               :
              -against-                                 :
                                                               :
ABN AMRO BANK N.V. (presently known as                         :
THE ROYAL BANK OF SCOTLAND, N.V.),                             :
                                                               :
                 Appellee.                         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 12, 2021, the Court issued an order vacating the Bankruptcy Court's Final Judgment and remanding the case to Bankruptcy Court for further proceedings, Dkt. 26;

       IT IS HEREBY ORDERED that this case is administratively closed. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Date:  December 2, 2021
         New York, New York

                                                      **VALERIE CAPRONI**
                                          **United States District Judge**